UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VALTIERRA and OFELIA VALTIERRA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., FKA WACHOVIA MORTGAGE, CAL-WESTERN RECONVEYANCE CORPORATION, WACHOVIA MORTGAGE FS, and 10 JOHN DOES,<br><br>　　　　　　Defendants. | CIV-F-10-1455 AWI GSA<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION |

　　　Plaintiffs Rafael and Ofelia Valtierra filed suit against Defendants alleging violations of the Fair Debt Collection Practices Act and Fair Credit Reporting Act. Defendant Wells Fargo filed a motion to dismiss. On February 9, 2011, Plaintiffs' complaint was dismissed with leave to amend: "Plaintiffs must file an amended complaint within thirty (30) days of the filing of this order. Plaintiffs must also provide either proof that Cal-Western has been served or a written explanation for the delay within thirty (30) days." Doc. 16, at 9:11-14. That order was served on Plaintiffs by mail. Doc. 17. Well more than thirty days have passed and Plaintiffs have neither filed an amended complaint nor explained whether Defendant Cal-Western has been served.

　　　"The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations omitted. A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action or

failure to obey a court order. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

Plaintiffs are ordered to show cause in writing by May 26, 2011 why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   May 9, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE